IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD ATTERBERRY, SHARON K. BARLETT, DEBRA BENNETZEN, MARY BIRD, BARBARA BURRELL, LORI CHAMBERS, LORRIE DARNELL, ROXANNE DAVIDSON, PENNY DAVIS, WILLINE FARMER, DENNIS GFELLER, JANICE HARRIS, JAMES HATFIELD, CYNTHIA JONES, MARY HILLSMAN, CHRISTINA HOUK, CYNTHIA JONES, ELAINE KEITHLEY, BRENDA KRATTLI JENNIFER MAJORS, TERESA MCCUBBIN, DIANA MILFORD, REBECCA MILLER, SHERRY MOONEYHAM, KENDRA MULLEN, BRIAN MURRAY, FRANK RIOS, TONYA SHACKLFORD, RUBY SIMS, TERRI SLOAN, BARBARA SMART, MARY STARKE, KATHLEEN WALLACE, MICHAEL WORMINGTON Plaintiffs, v. DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC., DOLGENCORP OF TEXAS, INC. Defendants. | Case Nos. 10-CV-4088, 0433, 0434, 3155, 5019, 0436, 3156, 0435, 6043, 0437, 5020, 6044, 3158, 0438, 0440, 0439, 0441, 5021, 5022, 5023, 0442, 5024, 6045, 5025, 0443, 0373, 3159, 3160, 3161, 4089, 5026, 0445, 0444, 5027-W-HFS |

**MEMORANDUM AND ORDER**

A telephone conference was held with counsel in these related cases transferred to this district earlier this year. C. Lance Gould represented plaintiffs; Melissa M. Hensley represented defendants. There will be some discovery on the cases in this district and likely one or more summary judgment motions. Trials, if necessary, will be before other judges. The Atterberry case will be treated as the lead case instead of the Bartlett case referred to earlier. Consolidation will be proposed, with the Atterberry case being used for naming purposes. The court was advised that appearance is forthcoming of local counsel for plaintiffs. A Rule 16 Notice will be issued in the Atterberry case, for informational purposes, but will be superseded by any agreed proposed procedural orders submitted to the court. Plaintiffs suggest that the mediation procedures of this district may be useful, but a letter from Kent Snapp, deferring such procedures, will remain in effect.

It is hereby ORDERED that on or before October 1, 2010, the parties file, jointly if possible, proposed scheduling and procedural orders deemed to be appropriate.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  13 , 2010

Kansas City, Missouri