**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| **RICHARD ATTERBERRY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No.: 2:10-cv-04088-HFS** |
| ) | |
| **DOLGENCORP, INC.; DOLGENCORP** ) | |
| **OF NEW YORK, INC.; DOLGENCORP** ) | |
| **OF TEXAS, INC; AND DOLLAR** ) | |
| **GENERAL PARTNERS,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this  4th  day of October, 2010, upon consideration of Plaintiff Richard Atterberry's Unopposed Motion to Administratively Join Cases for Pretrial Proceedings and Rulings finds that the Motion (ECF doc. 19) should be granted. The above-captioned action is hereby joined with case numbers **2:10-cv-04089-HFS; 3:10-cv-05019-HFS; 3:10-cv-05020-HFS; 3:10-cv-05021-HFS; 3:10-cv-05022-HFS; 3:10-cv-05023-HFS; 3:10-cv-05024-HFS; 3:10-cv-05025-HFS; 3:10-cv-05026-HFS; 3:10-cv-05027-HFS; 4:10-cv-00373-HFS; 4:10-cv-00433-HFS; 4:10-cv-00434-HFS; 4:10-cv-00435-HFS; 4:10-cv-00436-HFS; 4:10-cv-00437-HFS; 4:10-cv-00438-HFS; 4:10-cv-00439-HFS; 4:10-cv-00440-HFS; 4:10-cv-00441-HFS; 4:10-cv-00442-HFS; 4:10-cv-00443-HFS; 4:10-cv-00444-HFS; 4:10-cv-00445-HFS; 5:10-cv-06043-HFS; 5:10-cv-06044-HFS; 5:10-cv-06045-HFS; 6:10-cv-03155-HFS; 6:10-cv-03156-HFS; 6:10-cv-03158-HFS; 6:10-cv-03159-**

**HFS; 6:10-cv-03160-HFS and 6:10-cv-03161-HFS;** (collectively "Joined Cases") for purposes other than dispositive motions and trial (including pretrial proceedings and rulings).

It is further ordered that everything in the record of action number 2:10-cv-04088-HFS shall be deemed part of the record in each of the above-identified actions, unless the Court otherwise specifies, and that each order signed by the Court in action number 2:10-cv-04088-HFS shall be applicable to each of the above-identified actions unless the order states otherwise.

It is further ordered that all prior deadlines set in the Joined Cases above cases, including this present one, are vacated. The cases will be governed by a separately issued scheduling order that will pertain to all Joined Cases.

                                               BY THE COURT:

                                               /s/ Howard F. Sachs
                                               Judge Howard F. Sachs
                                               United States District Judge