IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD ATTERBURY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-4088-CV-W-HFS |
| | ) | |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The court has received a joint motion for order approving individual settlement. Doc. 26. Like motions have been filed in various other cases pending in this district and assigned to me in this wage and hour litigation against the Dolgencorp defendants. Although very reputable counsel appear for both sides and advise enough for a fairness ruling, the submission is conclusory, presumably to protect confidentiality. I accept the supplemental offer of in camera inspection of the agreement in this case and also for in camera information on the exact amount of the settlement. This can be done by tendering to me for in camera inspection a table of settlement amounts for all cases being settled in this District. If delivered by messenger when I am in chambers, I may be able to return all in camera documents after brief inspection.

It is therefore

ORDERED that counsel promptly supply to me, for in camera inspection, the settlement agreement in this case and a table of amounts to be paid in all Dolgencorp defendant cases before me that are being settled in this District.

                /s/Howard F. Sachs
                HOWARD F. SACHS
                UNITED STATES DISTRICT JUDGE

August 5, 2011

Kansas City, Missouri